STATE OF NEW JERSEY v. CHARLES G. HOWARD.

January 28, 1987.

Petition for certification granted. (See 213 *N.J.Super.* 587)

STATE OF NEW JERSEY v. ANTHONY ZIGARELLI.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BRACY.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RUFUS ROBERTS.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DALLAS DIETRICH.

January 28, 1987.

Petition for certification denied.